IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       1:02cr183-MHT
                            )           (WO)
PAUL DAVID CARR             )
```

ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (doc. no. 46) and the included memorandum describing the defendant's compliance with all terms of supervised release, his stable residence and employment, and his lack of new arrests or warrants, and based on the government's response that it does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Paul David Carr's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 9th day of March, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE